# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Crim. No.: 17-0136 (JEB)** |
| : | |
| **JONATHAN TUAN-ANH TRAN** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court and counsel that Assistant United States Attorney Kenneth C. Kohl is entering his appearance in this case.

                                            Respectfully submitted,

                                            JESSIE K. LIU
                                            UNITED STATES ATTORNEY
                                            D.C. Bar No. 472-845

By: _____/s/_____
       KENNETH C. KOHL
       D.C. Bar No. 476-236
       Assistant United States Attorney
       National Security Section
       United States Attorney's Office
       555 4th Street, N.W.
       Washington, D.C. 20530
       Ken.Kohl@usdoj.gov
       (202) 252-7793

Dated: July 9, 2018