AO 442 (Rev 11/11) Arrest Warrant

(DC 6/6-16)

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>Jonathan Tran | )<br>)<br>) Case No. 0090 1:17CR00136-001<br>)<br>) |

**ARREST WARRANT**

**FILED**
**JUL 0 9 2018**
Clerk, U.S. District and
Bankruptcy Courts

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)* Jonathan Tran_____ ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☑ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
See attached petition

Date: July 6, 2018

City and State: Washington, DC

*Issuing Officer's Signature*

Amy Berman Jackson
*Printed Name and Title*
US District Judge

**Return**

This warrant was received on *(date)* 07/06/2018, and the person was ~~arrested~~ Received on *(date)* 07/09/2018
at *(city and state)* Washington DC.

Date: 07/09/2018

~~Arresting~~ Receiving Officer's Signature

Christopher Schuessler, DUSM
*Printed Name and Title*