AO 245D (Rev 02/18)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
District of Columbia

**FILED**
JUL 19 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| JONATHAN TUAN-ANH TRAN | |

Case No. 17-cr-00136-JEB

USM No. 83189-007

Dani Jahn
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) __1 and 3.__ of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. standard condition 1 | The defendant must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the Court or the Probation Officer | 07/06/2018 |
| 3. standard condition 3 | You must not own, possess, or have access to a dangerous | 07/06/2018 |

The defendant is sentenced as provided in pages 2 through __7__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has not violated condition(s) __2 and 4__ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 5522

Defendant's Year of Birth: 1990

City and State of Defendant's Residence:
618 Manzano Street, Milpitas, California 95035

07/17/2018
_____
Date of Imposition of Judgment

_____
Signature of Judge

James E. Boasberg, US District Court Judge
Name and Title of Judge

7/19/18
Date

AO 245D (Rev 02/18)   Judgment in a Criminal Case for Revocations
                      Sheet 1A

Judgment—Page  2  of  7

DEFENDANT: JONATHAN TUAN-ANH TRAN
CASE NUMBER: 17-cr-00136-JEB

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 3 standard condition 3 | weapon. | 07/06/2018 |

DEFENDANT: JONATHAN TUAN-ANH TRAN
CASE NUMBER: 17-cr-00136-JEB

Judgment — Page 3 of 7

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

Fifteen (15) days, with credit for time served.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev 02/18) Judgment in a Criminal Case for Revocations
Sheet 2A — Imprisonment

Judgment—Page 4 of 7

DEFENDANT: JONATHAN TUAN-ANH TRAN
CASE NUMBER: 17-cr-00136-JEB

## ADDITIONAL IMPRISONMENT TERMS

Credit for time served.

DEFENDANT: JONATHAN TUAN-ANH TRAN
CASE NUMBER: 17-cr-00136-JEB

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

One (1) year.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245D (Rev 02/18)    Judgment in a Criminal Case for Revocations
                       Sheet 3A — Supervised Release

Judgment—Page 6 of 7

DEFENDANT: JONATHAN TUAN-ANH TRAN
CASE NUMBER: 17-cr-00136-JEB

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

**U.S. Probation Office Use Only**

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____    Date _____

AO 245D (Rev 02/18)   Judgment in a Criminal Case for Revocations
Sheet 3D — Supervised Release

Judgment—Page 7 of 7

DEFENDANT: JONATHAN TUAN-ANH TRAN
CASE NUMBER: 17-cr-00136-JEB

## SPECIAL CONDITIONS OF SUPERVISION

Upon release from custody, you shall be placed on supervised release for a term of twelve (12) months. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
You must continue to comply with all mandatory and standard conditions previously ordered by this court as well as the following special conditions:

1. You will be monitored by the form of location monitoring technology indicated below for a period of 12 months, and you must follow the rules and regulations of the location monitoring program. The costs of the program are waived unless the defendant is employed and can afford it. This form of location monitoring technology will be used to monitor the following restriction on your movement in the community:
- GPS Monitoring
- You are restricted to your residence every day from 10:00pm to 6:00am (Curfew). This may be modified in light of employment.

2. You must participate in a mental health treatment program and follow the rules and regulations of that program  The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc ).

3. You are prohibited from entering the grounds of the US Capitol, National Mall or the White House, and you are to stay away from any Trump Hotel or other Trump property worldwide for the duration of supervision. This is to include elected officials in DC. Please see attached maps for full stay-away boundaries.

4. You shall submit to an interview with the US Secret Service (USSS) Special Agents or other personnel the USS deems necessary to assist in its threat assessment regarding the degree of risk you may pose to persons and facilities under the protection of the USSs, and will cooperate fully with any inquiries that the USSS carries out pursuant to its responsibilities under 18 USC § 3056 and any other applicable laws.





